# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAVON WILLIS,

    Plaintiff,

Case No. 2:25-cv-13452
Honorable

Wayne County Circuit Court Case No. 25-015462-NO

v.

FARMINGTON HIGH SCHOOL,
FARMINGTON PUBLIC SCHOOLS,
FARMINGTON PUBLIC SCHOOLS BOARD OF
EDUCATION, THOMAS SHELTON,
CHRISTINE MEUSSNER,
JON MAIER, JASON ALBRECHT,
JOHN DOE 1, JOHN DOE 2, and
JOHN DOE 3,

    Defendants.

---

| | |
|---|---|
| NATHAN DODSON (P68560) | MICHAEL D. WEAVER (P43985) |
| DODSON FOWLER WILLIAMS &NESI, PLC | Flood Law, PLLC |
| Attorneys for Plaintiff | Attorney for Defendants Farmington, Shelton, Meussner, Maier, and Albrecht |
| 18050 Mack Ave. | 155 West Congress Street, Suite 350 |
| Grosse Pointe, MI 48230 | Detroit, MI 48226 |
| (313)458-8276/(313)469-7085 | (313)546-0359 |
| ndodson@dfnlaw.com | mweaver@floodlaw.com |

---

## NOTICE OF FILING REMOVAL

TO:    NATHAN DODSON (P68560)    Clerk of the Court
           Attorney for Plaintiff            Wayne County Circuit Court

**PLEASE TAKE NOTICE** that Defendants, Farmington High School, Farmington Public Schools, Farmington Public Schools Board of Education, Thomas Shelton, Christine Meussner, Jon Maier, and Jason Albrecht, by and through counsel Flood Law, PLLC, have this day filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court, Eastern District of Michigan, Southern Division.

        Respectfully submitted,

        FLOOD LAW

        /s/ Michael D. Weaver
        MICHAEL D. WEAVER (P43985)
        Attorney for Defendant
        Flood Law, PLLC
        155 West Congress Street, Suite 350
        Detroit, MI 48226
        (313)546-0359
        mweaver@floodlaw.com

DATE: October 30, 2025

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAVON WILLIS,

      Plaintiff,

Case No. 2:25-cv-13452
Honorable

Wayne County Circuit Court Case No. 25-015462-NO

v.

FARMINGTON HIGH SCHOOL,
FARMINGTON PUBLIC SCHOOLS,
FARMINGTON PUBLIC SCHOOLS BOARD OF
EDUCATION, THOMAS SHELTON,
CHRISTINE MEUSSNER,
JON MAIER, JASON ALBRECHT,
JOHN DOE 1, JOHN DOE 2, and
JOHN DOE 3,

      Defendants.

---

| | |
|---|---|
| NATHAN DODSON (P68560) | MICHAEL D. WEAVER (P43985) |
| DODSON FOWLER WILLIAMS &NESI, PLC | Flood Law, PLLC |
| Attorneys for Plaintiff | Attorney for Defendants Farmington, Shelton, Meussner, Maier, and Albrecht |
| 18050 Mack Ave. | 155 West Congress Street, Suite 350 |
| Grosse Pointe, MI 48230 | Detroit, MI 48226 |
| (313)458-8276/(313)469-7085 | (313)546-0359 |
| ndodson@dfnlaw.com | mweaver@floodlaw.com |

---

## **NOTICE OF FILING REMOVAL**

TO:    NATHAN DODSON (P68560)    Clerk of the Court
          Attorney for Plaintiff              Wayne County Circuit Court

NOW COMES Defendants, Farmington High School, Farmington Public Schools, Farmington Public Schools Board of Education, Thomas Shelton, Christine Meussner, Jon Maier, and Jason Albrecht, by and through counsel Flood Law, PLLC, and pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446 *et seq.*, files this Notice of Removal based upon the following reasons:

1. On or about October 2, 2025, Plaintiff filed and commenced a civil action in the Wayne County Circuit Court, State of Michigan, bearing Docket No. 25-015462-NO, in which Javon Willis, is the Plaintiff and Farmington High School, Farmington Public Schools, Farmington Public Schools Board of Education, Thomas Shelton, Chritine Meussner, Jon Maier, Jason Albrecht, John Doe 1, John Doe 2, and John Doe 3, are the Defendants. A copy of the Complaint is attached to this Notice of Removal as **Exhibit A.**

2. Service of process was effectuated on Defendants on October 10, 2025. **See Exhibit A.**

3. This action, as alleged in the Complaint, is a suit brought by Plaintiff against Defendants Farmington High School, Farmington Public Schools, Farmington Public Schools Board of Education, Thomas Shelton, Christine Meussner, Jon Manier, and Jason Albrecht for Violations of Civil Rights Under 42 U.S.C. § 1983, Violation of Matt Epling Safe School Law (MCL § 380.1310b), and Negligent Supervision; against Farmington High School, Farmington Public

Schools, and Farmington Public Schools Board of Education for Failure to Train and Supervise Under 42 U.S.C. § 1983 and Negligent Training; and against Defendants John Doe 1, John Doe 2, and John Doe 3 for Assault and Battery and Negligence.

4. The action filed by Plaintiff against Defendant is one involving a federal question as Plaintiff alleges violations of constitutional rights through 42 U.S.C. § 1983 against Defendants Farmington High School, Farmington Public Schools, Farmington Public Schools Board of Education, Thomas Shelton, Christine Meussner, Jon Maier, and Jason Albrecht.

5. Defendants are seeking removal based upon a federal question arising from the allegations in Plaintiff's Complaint.

6. Given the federal questions presented, the District Court of the United States has original jurisdiction under 28 U.S.C. § 1331, and this action is properly removed under 28 U.S.C. § 1441(a).

7. Additionally, this Court has supplemental jurisdiction over the remaining state law claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367.

8. In addition, it is more likely than not that the amount in controversy exceeds the jurisdictional requirements of 28 U.S.C. § 1332(a) if Plaintiff prevails on her claims, based upon the relief specifically sought in Plaintiff's Complaint and the nature of claims alleged against Defendant, wherein the total damages would be in excess of $75,000.00. This assertion is based upon Plaintiff's Complaint only and

is not an admission by Defendant of the validity of Plaintiff's claims and/or request for damages.

9. This Notice of Removal is timely filed within thirty (30) days after the Complaint was filed and served upon Defendant; as noted above, the Complaint was not served on Defendant until October 10, 2025.

10. A written notice of the filing of this Notice of Removal has been given to all parties as required by law, and a proof of service is attached hereto.

11. A written notice of this Removal has been filed with the Clerk of the Court for the Wayne County Circuit Court, State of Michigan, as provided by law.

12. Based upon the foregoing, Defendant is entitled to removal of this action to the United States District Court for the Eastern District of Michigan, under 28 U.S.C. § 1441(a) and 28 U.S.C. §1446, et seq.

**WHEREFORE**, Defendant respectfully requests that it be allowed to effect removal of the within action from the Wayne County Circuit Court, State of Michigan, to the United States District Court for the Eastern District of Michigan.

    Respectfully submitted,

    FLOOD LAW

    /s/ Michael D. Weaver
    MICHAEL D. WEAVER (P43985)
    Attorney for Defendant
    Flood Law, PLLC

                                                155 West Congress Street, Suite 350  
                                                Detroit, MI 48226  
                                                (313)546-0359  
                                                mweaver@floodlaw.com

DATE: October 30, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVON WILLIS,

      Plaintiff,

Case No. 2:25-cv-13452
Honorable

Wayne County Circuit Court Case No. 25-015462-NO

v.

FARMINGTON HIGH SCHOOL,
FARMINGTON PUBLIC SCHOOLS,
FARMINGTON PUBLIC SCHOOLS BOARD OF
EDUCATION, THOMAS SHELTON,
CHRISTINE MEUSSNER,
JON MAIER, JASON ALBRECHT,
JOHN DOE 1, JOHN DOE 2, and
JOHN DOE 3,

      Defendants.

---

| | |
|---|---|
| NATHAN DODSON (P68560)<br>DODSON FOWLER WILLIAMS &NESI, PLC<br>Attorneys for Plaintiff<br>18050 Mack Ave.<br>Grosse Pointe, MI 48230<br>(313)458-8276/(313)469-7085<br>ndodson@dfnlaw.com | MICHAEL D. WEAVER (P43985)<br>Flood Law, PLLC<br>Attorney for Defendants Farmington, Shelton, Meussner, Maier, and Albrecht<br>155 West Congress Street, Suite 350<br>Detroit, MI 48226<br>(313)546-0359<br>mweaver@floodlaw.com |

---

**VERIFICATION**

MICHAEL D. WEAVER first being duly sworn, states that he is the attorney for Defendants' Farmington High School, Farmington Public Schools, Farmington Public Schools Board of Education, Thomas Shelton, Christine Meussner, Jon Maier, and Jason Albrecht, and that the foregoing Notice of Removal is true in substance and in fact to the best of his knowledge, information, and belief.

FLOOD LAW

/s/ Michael D. Weaver
MICHAEL D. WEAVER (P43985)
Attorney for Defendant
Flood Law, PLLC
155 West Congress Street, Suite 350
Detroit, MI 48226
(313)546-0359
mweaver@floodlaw.com

DATE: October 30, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, a copy of the Notice of Removal was electronically filed and the attorney(ies) of record received notice via the Wayne County Circuit Court's MiFile System.

FLOOD LAW

/s/ Michael D. Weaver
MICHAEL D. WEAVER (P43985)
Attorney for Defendant

DATE: October 30, 2025